IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **ROBERT PALMESE,** *Petitioner* v. **FEDERAL ENERGY REGULATORY COMMISSION,** *Respondent* | Case No. 24-1347 |

# CONSENT MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rules 27 and 42(b) of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 27, Petitioner Robert Palmese ("Petitioner") respectfully moves to voluntarily dismiss its petition for review in the above-captioned case. Counsel for Palmese has conferred with counsel for Respondent Federal Energy Regulatory Commission ("Commission") and is authorized to state that the Commission consents to this motion.

In support of this consent motion, Palmese states as follows:

1. On October 25, 2024, Robert Palmese submitted a petition for review of the Commission's Order Denying Authorization to Hold Interlocking Positions, *Robert Palmese*, 187 FERC ¶ 61,184 (June 25, 2024); and Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, *Robert*

*Palmese*, 188 FERC ¶ 62,097 (Aug. 26, 2024). This Court docketed the petition for review as Case No. 24-1347.

2. The Commission has not yet filed the certified index to the agency record; the parties in this case have not yet submitted briefing; and the Court has not yet scheduled oral argument.

3. Federal Rule of Appellate Procedure 42(b) provides that an "appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court." Fed. R. App. P. 42(b).

4. Petitioner seeks to withdraw its petition for review and hereby moves to dismiss the above-captioned case voluntarily, with all parties bearing their own costs.

**WHEREFORE,** Robert Palmese respectfully requests that the Court enter an order dismissing Case No. 24-1347 pursuant to Federal Rule of Appellate Procedure 42(b), with all parties to bear their own costs.

DATED: December 3, 2024

Randall S. Rich
Pierce Atwood, LLP
1875 K Street NW
Washington, DC, 20006
(202) 530-6424
Rrich@pierceatwood.com

*Attorneys for Robert Palmese*

#17650107v1

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1) and Circuit Rule 32(e), I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because this motion contains 270 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f) and Circuit Rule 32(e)(1).

I further certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally space typeface using Microsoft Office Word in Times New Roman 14-point font.

DATED: December 3, 2024

_____
Randall S. Rich
Pierce Atwood, LLP
1875 K Street NW
Washington, DC, 20006
(202) 530-6424
Rrich@pierceatwood.com

*Attorneys for Robert Palmese*

# CERTIFICATE OF SERVICE

I certify that on December 3, 2024, I caused the foregoing Motion to be served by and through the Court's CM/ECF system.

DATED: December 3, 2024

Randall S. Rich
Pierce Atwood, LLP
1875 K Street NW
Washington, DC, 20006
(202) 530-6424
Rrich@pierceatwood.com

*Attorneys for Robert Palmese*

#17650107v1